

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-15-00014-CV
_____

**MERCURY COUNTY MUTUAL INSURANCE COMPANY,**
                                                            **Appellant**

 **v.**

**CALLIE HAYMAN, INDIVIDUALLY & AS THE NATURAL
DAUGHTER OF DON EDWARD HAYMAN, DECEASED, & AS
REPRESENTATIVE OF THE ESTATE OF DON EDWARD HAYMAN,
DECEASED, & JAMES BRADLEY RANDLEMAN, INDIVIDUALLY &
AS THE NATURAL SON OF PATRICIA ROSE HAYMAN, DECEASED,
& AS REPRESENTATIVE OF THE ESTATE OF PATRICIA ROSE
HAYMAN, DECEASED, AND JAMES ORION LEONARD**
                                                            **Appellees**

_____

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 13-00156-CV

---

## MEMORANDUM OPINION

---

The Petition for Permission to Appeal Interlocutory Order filed on January 16,

2015 is denied.  Accordingly, the appeal is dismissed for want of jurisdiction.  *See* TEX.

R. APP. P. 28.3; 43.2(f).

                                TOM GRAY
                                Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Appeal dismissed
Opinion delivered and filed January 29, 2015
[CV06]

